UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **ALBERTO LOPEZ-SALAZAR,**
   **a/k/a Miguel Angel Rojas-Rosales,**
   **a/k/a Joe Lopez**,
2. JOSE LUIS VILLA-SOLORZANO,
   a/k/a Jorge Lopez,

       Defendants.

_____

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS
_____

**THIS MATTER** comes before the Court pursuant to Defendant Lopez-Salazar's Motion for Extension of Time to File Motions **(# 41)**. The Motion is **GRANTED**. Defendant Lopez-Salazar shall file any non-suppression motions on or before June 11, 2007.

Dated this 8th day of June, 2007

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge