UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOSE LUIS VILLA-SOLORZANO,
   a/k/a Jorge Lopez,
2. **ALBERTO LOPEZ-SALAZAR,**
   **a/k/a Miguel Angel Rojas-Rosales,**
   **a/k/a Joe Lopez,**

        Defendants.

## ORDER

THIS MATTER is before the Court on the Government's Motion for an Enlargement of Time by Which to File Responses to Defendant's Motions **(#48)** and Motion to Continue Hearing on Defendant's Motions **(#49)**. Having reviewed the motions, the Court finds and orders as follows:

The Motion **(#48) is GRANTED**, in part and **DENIED**, in part. Counsel for the Government consented to the extension of time for the filing of defense motions until June 11, 2007, but did not request the setting of a response date. The Defendant filed two motions on June 11, 2007 **(#43 and #44)** and two motions on June 15, 2007 **(#45 and #46)**. The Government has responded to only **(#44)**. The Government shall have through June 25, 2007 to file a response to **(#43)**, and until the hearing on June 27, 2007 to file a response to **(#45 and 46)**.

The Motion **(#49)** is **DENIED**. As the Setting and Trial Preparation Order **(#39)** provides, the motions hearing scheduled for June 27, 2007 is not an evidentiary hearing. Therefore no good cause exists for vacating it.

Dated this 21st day of June, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge