UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOSE LUIS VILLA-SOLORZANO,
   a/k/a Jorge Lopez,
2. **ALBERTO LOPEZ-SALAZAR,**
   a/k/a Miguel Angel Rojas-Rosales,
   a/k/a Joe Lopez,

        Defendants.

---

### ORDER VACATING TRIAL DATE AND FINAL TRIAL PREPARATION CONFERENCE

---

Pursuant to the findings made in the motions hearing held June 27, 2007,

**IT IS ORDERED** that the trial in this matter set to commence **July 16, 2007** is **VACATED**, to be reset at a later date. Although not referenced in the motions hearing, the final trial preparation conference set for **July 11, 2007** is also **VACATED.**

Dated this 5th day of July, 2007

        **BY THE COURT:**

        _/s/ Marcia S. Krieger_
        _____
        Marcia S. Krieger
        United States District Judge