UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE LUIS VILLA-SOLORZANO,
    a/k/a Jorge Lopez,
2.  **ALBERTO LOPEZ-SALAZAR,**
    **a/k/a Miguel Angel Rojas-Rosales,**
    **a/k/a Joe Lopez,**

      Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#57)** on July 10, 2007 by Defendant Alberto Lopez-Salazar.  The Court construes this Notice as

a motion to change his plea and to have the Court consider the terms of the parties' plea

agreement.

    **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

      pending determination of those matters.

2.     A Change of Plea hearing is set for **October 15, 2007** at **9:15 a.m.** in the United

      States District Court for the District of Colorado, Courtroom A901, Alfred A.

      Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.     The suppression hearing set for **July 30, 2007** is **VACATED**.

Dated this 11th day of July, 2007

            **BY THE COURT:**

            *Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge