UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE LUIS VILLA-SOLORZANO,
   a/k/a Jorge Lopez,
2. **ALBERTO LOPEZ-SALAZAR**,
   a/k/a Miguel Angel Rojas-Rosales,
   a/k/a Joe Lopez,

      Defendants.

---

**ORDER RESETTING SENTENCING**

---

THIS MATTER comes before the Court *sua sponte*,

**IT IS HEREBY ORDERED** that the Sentencing hearing set for December 31, 2007, at 10:45 a.m. is **RESET** for **January 14, 2008**, at **3:45 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 29th day of November, 2007.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge