UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00276-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE LUIS VILLA-SOLORZANO,
   a/k/a Jorge Lopez,
2. **ALBERTO LOPEZ-SALAZAR,**
   **a/k/a Miguel Angel Rojas-Rosales,**
   **a/k/a Joe Lopez,**

      Defendants.

---

## ORDER CONTINUING SENTENCING HEARING

---

      THIS MATTER comes before the Court *sua sponte,*

      **IT IS HEREBY ORDERED** that the Sentencing hearing in this matter previously set for

January 14, 2008, is reset for **January 30, 2008**, at **1:30 p.m.** in the United States District Court

for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street,

Denver, Colorado.

      DATED this 21st day of December, 2007.

                   **BY THE COURT:**

                  *Marcia S. Krieger*

                  _____

                  Marcia S. Krieger
                  United States District Judge